IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL L. ALEXANDER**                                                                          **PLAINTIFF**

V.                                    CASE NO. 3:10CV00220 JMM

**BAC HOME LOANS SERVICING, LP, ET AL.**                                          **DEFENDANT**

### ORDER

Based upon the amended verified complaint removed to this Court from Craighead County Circuit Court on September 15, 2010, plaintiff's Motion for Temporary Restraining Order found in his initial verified complaint is dismissed without prejudice.

IT IS SO ORDERED THIS  16  day of  September , 2010.

_____
James M. Moody
United States District Judge