IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL L. ALEXANDER**                                                                                      **PLAINTIFF**

**VS.**                                    **CASE NO. 3:10CV00220 JMM**

**BAC HOME LOANS SERVINGING, LP, ET AL.**                                              **DEFENDANT**

## ORDER OF DISMISSAL

The parties's Motion for Dismissal with Prejudice is granted (#16) pursuant to Local Rule 41.1 and Rule 41 of the Federal Rules of Civil Procedure.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this ___3rd___ day of __December__, 2010.

_____
James M. Moody
United States District Judge